# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FRANK CROW, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CV-584-GFK-FHM |
| | ) |
| (1) BARTLESVILLE FORD COMPANY, INC., a Domestic for Profit Business Corporation, a/k/a Bartlesville Ford d/b/a DOENGES FAMILY OF AUTOS, including Lincoln & Toyota, | ) Jury Trial Demanded ) ) ) ) |
| | ) |
|        Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' April 22, 2015 settlement conference, executed Release of All Claims dated April 23, 2015 and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: May 12, 2015.

                                                            Respectfully Submitted,
                                                            TRACY A. CINOCCA, P.C.

                                                           /s/ Tracy A. Cinocca
                                                           Tracy A. Cinocca, OBA #17850
                                                           TRACY A. CINOCCA, P.C.
                                                           4833 South Sheridan Rd, Suite 406
                                                           Tulsa, Oklahoma 74146
                                                           *Telephone: (918) 488-9117*
                                                           *Facsimile: (888) 383-8995*
                                                           E-mail: tracycinocca@aol.com

                                                           /s/ Jordan Miller
                                                           Jordan L. Miller
                                                           COLLINS, ZORN & WAGNER, P.C.
                                                           429 N.E. 50th Street, 2nd Floor
                                                           Oklahoma City, OK 73105-1815
                                                           *Telephone: (405) 524-2070*
                                                           *Facsimile: (405) 524-2078*
                                                           E-mail: jordan@czwglaw.com